William G. Steiner, Appellee, v. John F. Higgins, Appellant.

Gen. No. 23,344.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. HARRY C. MORAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and remanded. Opinion filed March 13, 1918.

## Statement of the Case.

Action by William G. Steiner, plaintiff, against John F. Higgins, defendant, to recover damages as the result of an assault and battery. From a judgment for plaintiff for $200, defendant appeals.

FYFFE, RYNER & DALE, for appellant.

ALBERT B. GEORGE, for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.

## Abstract of the Decision.

INSTRUCTIONS, § 96*—*when instruction on credibility of witnesses is erroneous.* The giving of an instruction that if the jury believed from the evidence that any witness had knowingly and wilfully testified falsely to any fact material to the issue, then they might disregard all the testimony of any such witness excepting in so far as it might have been corroborated by other credible witness or witnesses whom they believed, or by other facts and circumstances in evidence, *held* to be reversible error, where the evidence was conflicting and the instruction was vital from the viewpoint of the other party to the action.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.